■ In the Matter of LINDA A. FIORELLA, Respondent-Appellant, v EDWARD MAHONEY et al., Constituting the Erie County Board of Elections, Respondents, and JOANNE I. SKORKA, Appellant-Respondent.—Motion to dismiss appeal denied. Order unanimously affirmed, without costs. (Appeals from order of Supreme Court, Erie County, Flaherty, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. (Decision entered Aug. 21, 1985.)

■ In the Matter of ROBERT HAYDEN, Appellant, v EDWARD J. MAHONEY et al., Constituting the Board of Elections in the County of Erie, et al., Respondents.—Order unanimously affirmed, without costs (see, Matter of Hargett v Jefferson, 63 NY2d 696). (Appeal from order of Supreme Court, Erie County, Wolf, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. (Decision entered Aug. 21, 1985.)

■ In the Matter of WILLIAM ROBINSON, Appellant, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, and MINNIE GILLETTE, Respondents.—Order unanimously affirmed, without costs (see, Matter of Menendez v McNab, 83 AD2d 893, lv denied 54 NY2d 769). (Appeal from order of Supreme Court, Erie County, Wolf, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. (Decision entered Aug. 21, 1985.)